ROB BONTA, State Bar No. 202668
Attorney General of California
LARA HADDAD, State Bar No. 319630
Supervising Deputy Attorney General
JOSEPH H. MEEKER, State Bar No. 336725
Deputy Attorney General
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013-1230
 Telephone:  (213) 269-6502
 Fax:  (916) 731-2124
 E-mail:  Joe.Meeker@doj.ca.gov
*Attorneys for Defendant Shirley N. Weber*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUDOLPH "BUTCH" WARE,** | 2:26-cv-01643 |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| **v.** | |
| **SHIRLEY N. WEBER, in her official capacity as California Secretary of State,** | |
| Defendant. | |

The California Attorney General, counsel for Defendant California Secretary of State Shirley N. Weber, hereby files this Notice of Appearance to inform the Court of assigned counsel for Defendant in this proceeding.

1

Respondent hereby notifies the Court that the attorney with principal charge of the case is as follows:

Joseph H. Meeker, Deputy Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA  90013-1230
Telephone:  (213) 269-6502
E-mail:  Joe.Meeker@doj.ca.gov

Dated:  April 28, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
LARA HADDAD
Supervising Deputy Attorney General

/s/ Joe Meeker
JOSEPH H. MEEKER
Deputy Attorney General
*Attorneys for Defendant Shirley N. Weber*

2