

# United States District Court
# Eastern District of California

| Ware | |
|---|---|
| Plaintiff(s) | |

Case Number: | 2:26-cv-01643-WBS SCR |

V.

| Weber | |
|---|---|
| Defendant(s) | |

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

James Edward Tyrrell III hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Rudolph "Butch" Ware

On ___01/06/2012___ (date), I was admitted to practice and presently in good standing in the

___District of Columbia Court of Appeals___ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Date: ___04/27/2026___          Signature of Applicant: /s/ James E. Tyrrell III

**Pro Hac Vice Attorney**

Applicant's Name: James Edward Tyrrell III

Law Firm Name: Dickinson Wright PLLC

Address: 1825 Eye Street NW

Suite 900

City: Washington    State: DC    Zip: 20006

Phone Number w/Area Code: (202) 659-6934

City and State of Residence: Washington, DC

Primary E-mail Address: jtyrrell@dickinson-wright.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Eric R. McDonough

Law Firm Name: Dickinson Wright RLLP

Address: 3579 Valley Centre Dr

Suite 100

City: San Diego    State: CA    Zip: 92130

Phone Number w/Area Code: 858-397-7412    Bar # 193956

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: April 30, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE