Adam Van Susteren (Bar. No. 230512)
VAN SUSTEREN LAW GROUP
6641 Eldridge Street
San Diego, CA 92120
Telephone: (619) 549-5196
adam@vansusteren.com

Tyler Martinez*
NATIONAL TAXPAYERS UNION FOUNDATION
122 C Street N.W., Suite 700
Washington, D.C. 20001
Telephone: (703) 683-5700
tmartinez@ntu.org

*Admission Pro Hac Vice pending

Counsel for Amicus Curiae

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| RUDOLPH "BUTCH" WARE,<br><br>*Plaintiff*,<br><br>*v.*<br><br>SHIRLEY N. WEBER, in her official capacity as California Secretary of State,<br><br>*Defendant*. | Case No. 2:26-cv-01643-WBS SCR<br><br>**MOTION OF NATIONAL TAXPAYERS UNION FOUNDATION FOR LEAVE TO FILE AS *AMICUS CURIAE***<br><br>Judge: Hon. William B. Shubb<br>Action Filed: April 27, 2026 |

**MOTION FOR LEAVE TO FILE AS *AMICUS CURIAE***

The National Taxpayers Union Foundation ("NTUF") moves for leave to file the attached *amicus curiae* brief in support of Plaintiff Rudolph "Butch" Ware. Plaintiff consented to the filing of this brief; Defendant did not respond to NTUF's notice by the time of filing.

Founded in 1973, the National Taxpayers Union Foundation ("NTUF") is a non-partisan research and educational organization dedicated to showing Americans how taxes, government spending, and regulations affect everyday life. NTUF advances principles of limited government, simple taxation, and transparency on both the state and federal level. NTUF's Taxpayer Defense Center advocates for taxpayers in the courts, produces scholarly analyses, and engages in direct litigation and *amicus curiae* briefs upholding taxpayers' rights and challenging administrative overreach by tax authorities.

NTUF has extensive expertise on the constitutional and practical application of taxpayer privacy laws in matters such as these. NTUF was cited in the recent decision upholding the right to assert privacy against state subpoena demands in *First Choice Women's Resource Centers v. Davenport*, 608 U.S. ___, slip op. at 12–13, U.S. No. 24-781 (Apr. 29, 2026). NTUF has also served as *amicus* in cases around the country. *See*, *e.g.*, *Buckeye Inst. v. Internal Revenue Serv.* (6th Cir. No. 25-3107) (decision pending); *Nat'l Small Bus. United v. U.S. Dep't of the Treasury*, 161 F.4th 1323 (11th Cir. 2025); *Harper v. Werfel*, 118 F.4th 100 (1st Cir. 2024); *see also Polselli v. Internal Revenue Serv.*, 598 U.S. 432 (2023). And Foundation staff have written on the misuse of tax returns by state officials in the past. *See*, *e.g.*, Andrew Wilford, *Tax "Shame Lists": 19 States Publish Private Info About Taxpayers*, Nat'l Taxpayers Union Found. (April 19, 2023), *available at*: https://www.ntu.org/library/doclib/2023/04/Tax-Shame-Lists-19-States-Publish-Private-Info-About-Taxpayers.pdf.

*Amicus* therefore respectfully requests that this Court grant its motion for leave to file the attached *amicus* brief.

Respectfully submitted,

s/ Tyler Martinez

Adam Van Susteren (Bar. No. 230512)
VAN SUSTEREN LAW GROUP
6641 Eldridge Street
San Diego, CA 92120

Tyler Martinez*
NATIONAL TAXPAYERS UNION FOUNDATION
122 C Street N.W., Suite 700
Washington, D.C. 20001
Telephone: (703) 683-5700
tmartinez@ntu.org

\* *Admission* pro hac vice *pending*

Dated: May 6, 2026

*Counsel for* Amicus Curiae

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing using the court's CM/ECF system. A Notice of Docket Activity will be emailed to all registered attorneys currently participating in this case, constituting service on those attorneys.

s/ Adam Van Susteren
Adam Van Susteren (Bar. No. 230512)
Dated: May 6, 2026                                *Counsel for* Amicus Curiae