

# United States District Court
# Eastern District of California

Rudolph "Butch" Ware

Plaintiff(s)

V.

Shirley N. Weber

Defendant(s)

Case Number: 2:26-cv-01643

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Tyler Leandro Martinez hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Amicus Curiae National Taxpayers Union Foundation

On ____11/07/2014____ (date), I was admitted to practice and presently in good standing in the ____District of Columbia____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: ____05/06/2026____        Signature of Applicant: /s/ Tyler Martinez

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Tyler Leandro Martinez |
| Law Firm Name: | National Taxpayers Union Foundation |
| Address: | 122 C Street, N.W. |
| | Suite 700 |
| City: | Washington    State: DC    Zip: 20001 |
| Phone Number w/Area Code: | (703) 683-5700 |
| City and State of Residence: | Alexandria, Virginia |
| Primary E-mail Address: | tmartinez@ntu.org |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Adam Van Susteren |
| Law Firm Name: | Van Sustern Law Group |
| Address: | 6641 Eldridge St |
| City: | San Diego    State: CA    Zip: 92120 |
| Phone Number w/Area Code: | (619) 549-5196    Bar # 230512 |

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  May 7, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE