AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | | |
|---|---|---|
| Rudolph "Butch" Ware | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:26-cv-01643-WBS-SCR |
| Shirley N. Weber | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae National Taxpayers Union Foundation                                         .

Date:     05/08/2026

s/ Tyler Mrtinez
*Attorney's signature*

Tyler Martinez (Pro Hac Vice)
*Printed name and bar number*

National Taxpayers Union Foundation
122 C Street, N.W.
Suite 700
Washington, D.C. 20001
*Address*

tmartinez@ntu.org
*E-mail address*

(703) 683-5700
*Telephone number*

(703) 683-5722
*FAX number*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing using the court's CM/ECF system. A Notice of Docket Activity will be emailed to all registered attorneys currently participating in this case, constituting service on those attorneys.

Respectfully submitted,

s/ Tyler Martinez
Tyler Martinez (*pro hac vice*)
NATIONAL TAXPAYERS UNION FOUNDATION
122 C Street N.W., Suite 700
Washington, D.C. 20001
Telephone: (703) 683-5700
tmartinez@ntu.org

Dated: May 8, 2026                    *Counsel for* Amicus Curiae