ROB BONTA, State Bar No. 202668
Attorney General of California
LARA HADDAD, State Bar No. 319630
Supervising Deputy Attorney General
JOSEPH H. MEEKER, State Bar No. 336725
Deputy Attorney General
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6502
  Fax:  (916) 731-2124
  E-mail:  Joe.Meeker@doj.ca.gov
*Attorneys for Defendant*
*California Secretary of State*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **RUDOLPH "BUTCH" WARE,**<br><br>Plaintiff,<br><br>v.<br><br>**SHIRLEY N. WEBER, in her official capacity as California Secretary of State,**<br><br>Defendant. | 2:26-cv-01643-WBS-SCR<br><br>**STIPULATION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING**<br><br>Judge: William B. Shubb<br>Trial Date: N/A<br>Action Filed:  4/27/2026 |

Pursuant to Eastern District of California Local Rule 144(a), Plaintiff Rudolph "Butch" Ware and Defendant Shirley Weber, by and through their respective counsel of record, hereby stipulate that the time for Defendant to respond to Plaintiff's Complaint is extended by 14 days. The current deadline to respond is May18, 2026. The new deadline for Defendant to file a responsive pleading is June 1, 2026. There have been no previous extensions of time with regard to Defendant's response to the Complaint.

IT IS SO STIPULATED.

Dated: May 15, 2026

DICKINSON WRIGHT PLLC

By: _____
Eric R. McDonough, Esq.
California State Bar No. 193956

James E. Tyrrell III, Esq.
(Admitted pro hac vice)

*Attorneys for Plaintiff*

Dated: May 15, 2026

ROB BONTA
Attorney General of California

By: ___/s/ Joe Meeker___
Joseph H. Meeker
Deputy Attorney General
California State Bar No. 336725

*Attorneys for Defendant*

1

# CERTIFICATE OF SERVICE

Case Name:    **Ware v. Weber**                    Case No.    **2:26-cv-01643-WBS-SCR**

I hereby certify that on <u>May 15, 2026</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **Stipulation to Extend Time to File a Responsive Pleading**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>May 15, 2026</u>, at Los Angeles, California.


|  |  |
|---|---|
| Linda Zamora | */s/ Linda Zamora* |
| Declarant | Signature |

SA2026302221
68459841