DICKINSON WRIGHT RLLP
Eric R. McDonough. Esq.
California State Bar No. 193956
3579 Valley Centre Dr, Suite 100
San Diego, CA 92130
Tel:    858-397-7412
Fax:    844-670-6009
Email: emcdonough@dickinson-wright.com

James E. Tyrrell III, Esq. (*admitted pro hac vice*)
1825 Eye Street N.W., Suite 900
Washington, D.C. 20006
Tel:    202-659-6934
Fax:    844-670-6009
Email: JTyrrell@dickinson-wright.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| RUDOLPH "BUTCH" WARE,<br><br>                    Plaintiff,<br><br>v.<br><br>SHIRLEY N. WEBER, in her official capacity as California secretary of state,<br><br>                    Defendant. | Case No. 2:26-cv-01643-WBS SCR<br><br>**STIPULATION TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**<br><br>Judge: Hon. William B. Shubb<br><br>Action Filed: April 27, 2026 |

Pursuant to Eastern District of California Local Rule 144(a), Plaintiff Rudolph "Butch" Ware and Defendant Shirley Weber, by and through their respective counsel of record, hereby stipulate that the time for Plaintiff to file his opposition to Defendant's Motion to Dismiss (ECF No. 22) is extended by 30 days. The current deadline to file the opposition is June 15, 2026. The new deadline for Plaintiff to file his opposition is July 14, 2026. There have been no previous extensions of time with regard to Plaintiff's opposition to the Motion to Dismiss.


DICKINSON WRIGHT<br>ATTORNEYS AT LAW

IT IS SO STIPULATED.


Dated: June 12, 2026

DICKINSON WRIGHT RLLP


By: _/s/ Eric R. McDonough_____
Eric R. McDonough, Esq.
California State Bar No. 193956
James E. Tyrrell III, Esq.
(Admitted pro hac vice)
*Attorneys for Plaintiff*

Dated: June 12, 2026

ROB BONTA
Attorney General of California


By: __/s/ Joe Meeker_____
Joseph H. Meeker
Deputy Attorney General
California State Bar No. 336725

*Attorneys for Defendant*



1

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

RUDOLPH "BUTCH" WARE,

                Plaintiff,

v.

SHIRLEY N. WEBER, in her official capacity
as California secretary of state,

                Defendant.

Case No. 2:26-cv-01643-WBS SCR

**ORDER EXTENDING
TIME TO FILE OPPOSITION TO
DEFENDANT'S MOTION TO
DISMISS**

Judge: Hon. William B. Shubb

Having considered the parties' Stipulation to Extend Time to File Opposition to Defendant's Motion to Dismiss, and good cause appearing, IT IS HEREBY ORDERED that the deadline for Plaintiff to file his opposition to Defendant's Motion to Dismiss (ECF No. 22) is extended to July 14, 2026.

    IT IS SO ORDERED.

Dated:  June 15, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

