DICKINSON WRIGHT RLLP
Eric R. McDonough. Esq.
California State Bar No. 193956
3579 Valley Centre Dr, Suite 100
San Diego, CA 92130
Tel:    858-397-7412
Fax:    844-670-6009
Email: emcdonough@dickinson-wright.com

James E. Tyrrell III, Esq. (*admitted pro hac vice*)
1825 Eye Street N.W., Suite 900
Washington, D.C. 20006
Tel:    202-659-6934
Fax:    844-670-6009
Email: JTyrrell@dickinson-wright.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| RUDOLPH "BUTCH" WARE,<br><br>              Plaintiff,<br><br>v.<br><br>SHIRLEY N. WEBER, in her official capacity as California secretary of state,<br><br>              Defendant. | Case No. 2:26-cv-01643-WBS SCR<br><br>**STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS AND TO STAY SCHEDULING CONFERENCE**<br><br>Judge: Hon. William B. Shubb<br><br>Action Filed: April 27, 2026 |

Pursuant to Eastern District of California Local Rules 143, 144, and 230(f), and Federal Rule of Civil Procedure 6(b)(1)(A), Plaintiff Rudolph "Butch" Ware and Defendant Shirley Weber, by and through their respective counsel of record, hereby stipulate as follows:

1. Defendant's Motion to Dismiss (ECF No. 22) is currently set for hearing on August 3, 2026, at 1:30 p.m. before the Honorable William B. Shubb. The Motion is fully briefed.



2. Plaintiff is in the process of transitioning representation to public interest counsel, who require additional time to appear and prepare for the hearing. Good cause therefore exists to continue the hearing.

3. The parties therefore stipulate, subject to the Court's approval, that the hearing on Defendant's Motion to Dismiss be continued from August 3, 2026, to September 28, 2026, at 1:30 p.m., or to such other date as is convenient for the Court.

4. The Initial Scheduling Conference is currently set for September 8, 2026. Because the pending Motion to Dismiss may narrow or resolve the claims and issues to be addressed at that conference, the parties further stipulate, subject to the Court's approval, that the Initial Scheduling Conference and all associated deadlines be stayed pending the Court's resolution of the Motion to Dismiss. In the alternative, the parties stipulate that the Initial Scheduling Conference be continued to a date approximately sixty (60) days after the new hearing date on the Motion, or to such other date as is convenient for the Court.

5. This is the first request to continue the hearing on the Motion and to stay the Initial Scheduling Conference. This Stipulation is made in good faith and not for purposes of delay.

DICKINSON WRIGHT
ATTORNEYS AT LAW

IT IS SO STIPULATED.


Dated: July 27, 2026                          Dated: July 27, 2026

DICKINSON WRIGHT RLLP                         ROB BONTA
                                              Attorney General of California


By: */s/ Eric R. McDonough*_____      By:  */s/ Joe Meeker*_____
Eric R. McDonough, Esq.                       Joseph H. Meeker, Esq.
California State Bar No. 193956                Deputy Attorney General
James E. Tyrrell III, Esq.                     California State Bar No. 336725
(Admitted pro hac vice)
*Attorneys for Plaintiff*                      *Attorneys for Defendant*

