**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

RUDOLPH "BUTCH" WARE,

               Plaintiff,

v.

SHIRLEY N. WEBER, in her official capacity as California secretary of state,

               Defendant.

Case No. 2:26-cv-01643-WBS SCR

**ORDER CONTINUING HEARING AND STAYING SCHEDULING CONFERENCE**

Judge: Hon. William B. Shubb

Having considered the parties' Stipulation to Continue Hearing on Defendant's Motion to Dismiss and to Stay Scheduling Conference, and good cause appearing, IT IS HEREBY ORDERED that:

1. The hearing on Defendant's Motion to Dismiss (ECF No. 22), currently set for August 3, 2026, is continued to September 28, 2026, at 1:30 p.m. in Courtroom 5; and

2. The Initial Scheduling Conference set for September 8, 2026, and all associated deadlines, are STAYED pending the Court's resolution of the Motion to Dismiss. The parties shall file a joint status report within fourteen (14) days after the Court's ruling on the Motion.

IT IS SO ORDERED.

Dated:  July 28, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

DW
DICKINSON WRIGHT
ATTORNEYS AT LAW