DICKINSON WRIGHT RLLP
Eric R. McDonough. Esq.
California State Bar No. 193956
3579 Valley Centre Dr, Suite 100
San Diego, CA 92130
Tel: 858-397-7412
Fax: 844-670-6009
Email: emcdonough@dickinson-wright.com

James E. Tyrrell III, Esq. (*admitted pro hac vice*)
1825 Eye Street N.W., Suite 900
Washington, D.C. 20006
Tel: 202-659-6934
Fax: 844-670-6009
Email: JTyrrell@dickinson-wright.com

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| RUDOLPH "BUTCH" WARE,<br><br>Plaintiff,<br><br>v.<br><br>SHIRLEY N. WEBER, in her official capacity as California secretary of state,<br><br>Defendant. | Case No. 2:26-cv-01643-WBS SCR<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Judge: Hon. William B. Shubb<br><br>Action Filed: April 27, 2026 |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Rudolph "Butch" Ware hereby voluntarily dismisses the above-captioned action in its entirety, without prejudice.

Defendant has not served an answer or a motion for summary judgment in this action. Dismissal under Rule 41(a)(1)(A)(i) is therefore proper without a court order, and this dismissal is without prejudice pursuant to Rule 41(a)(1)(B).

Dated: September 14, 2026

DICKINSON WRIGHT RLLP

By: _/s/ Eric R. McDonough_____________
Eric R. McDonough, Esq.
California State Bar No. 193956
James E. Tyrrell III, Esq.
(Admitted pro hac vice)
*Attorneys for Plaintiff*

DICKINSON WRIGHT
ATTORNEYS AT LAW

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2026, I electronically transmitted the foregoing document with the Clerk of the Court using the CM/ECF System which will provide electronic mail notice to all counsel of record.

*/s/ Mariko R. Gjovig*
Mariko R. Gjovig